UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY LEWIS,

    Plaintiff,

vs.

SCOTT MICHAEL BAKER, et al.,

    Defendants.
_____/

Case No. 21-CV-12194

HON. MARK A. GOLDSMITH

## ORDER REGARDING JURISDICTION

Plaintiff Gary Lewis filed this case, alleging that subject-matter jurisdiction exists pursuant to 28 U.S.C. § 1332 (Dkt. 2). Because Lewis failed to adequately establish his state of domicile as Michigan, Defendant Scott Baker's state of domicile as Illinois, and Defendant Clark Transportation Services LLC's state of domicile as Illinois, the Court issued an order directing Lewis to show cause in writing as to why the case should not be dismissed for lack of subject-matter jurisdiction (Dkt. 5). Lewis filed a response, setting forth sufficient facts to establish his, Baker's, and Clark Transportation's respective domiciles (Dkt. 7). The Court is satisfied that diversity jurisdiction exists. Accordingly, no further action is required relative to the show cause order.

    SO ORDERED.

Dated: September 30, 2021
    Detroit, Michigan

s/ Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE